```
 1  HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
 2  JANET BATEMAN, Bar #241210
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
 6  Attorneys for Defendant
    CRYSTAL DAWN GRAY
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:12-cr-00242 AWI-BAM-1 |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING AND |
| v. | ORDER |
| CRYSTAL DAWN GRAY, | Date:  September 23, 2013 |
| Defendant. | Time:  10:00 a.m. |
| | Judge: Honorable Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for September 3, 2013 **may be continued to September 23, 2013 at 10:00 a.m. before the Honorable Anthony W. Ishii.**

This continuance is at the request of defense counsel as defense counsel has an opening brief to the Ninth Circuit Court due at the end of August. Defense counsel needs additional time to prepare for the sentencing schedule and hearing in this case. The requested continuance is with the intention of conserving time and resources for both parties and the court. As Ms. Gray has already entered a guilty

///
///
///
///

plea, no exclusion of time is necessary under the Speedy Trial Act.  The government has no objection to this continuance.

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: August 9, 2013            By:    /s/ *Henry Carbajal*
                                                      HENRY Z. CARBAJAL, III
                                                      Assistant United States Attorney
                                                      Attorney for Plaintiff

                                                      HEATHER E. WILLIAMS
                                                      Federal Defender

DATED: August 9, 2013            By:    /s/ *Janet Bateman*
                                                      JANET BATEMAN
                                                      Assistant Federal Defender
                                                      Attorney for Defendant
                                                      CRYSTAL DAWN GRAY

**O R D E R**

IT IS SO ORDERED.

Dated:   August 9, 2013

                                                      SENIOR  DISTRICT  JUDGE