HEATHER E. WILLIAMS, #122664
Federal Defender
JANET BATEMAN, #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
CRYSTAL D. GRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:12-cr-00242 AWI-BAM-1 |
|---|---|---|
| *Plaintiff,* | ) ) | STIPULATION TO MODIFY DEFENDANT'S CONDITIONS OF HER PROBATION; ORDER |
| vs. | ) ) | Judge: Hon. Anthony W. Ishii |
| CRYSTAL DAWN GRAY, | ) ) | |
| *Defendant.* | ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, HENRY Z. CARBAJAL, Assistant United States Attorney, attorney for the plaintiff, and JANET BATEMAN, Assistant Federal Defender, attorney for defendant, CRYSTAL DAWN GRAY, that the conditions of her probation in the above-captioned case may be amended to reflect that Ms. Gray's conditions of probation may be modified to include the following conditions:

Paragraph Two of Special Condition No. 7 of the Judgment states the following:

> The defendant shall be restricted to his/her residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer; (Home Detention)

Proposed Modification to Paragraph Two of Special Condition 7 of the Judgment:

> The defendant shall be restricted to his/her residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; ***her children's functions***; or other activities as pre-approved by the probation officer; (Home Detention)

All other terms and conditions of probation previously imposed shall remain the same.

Dated: November 19, 2013　　　　　　　Respectfuly submitted,

　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　By:　/s/ *Henry Carbajal*
　　　　　　　　　　　　　　　　　　　HENRY Z. CARBAJAL, III
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Dated: November 19, 2013　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　By:　/s/ Janet Bateman
　　　　　　　　　　　　　　　　　　　JANET BATEMAN
　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　CRYSTAL D. GRAY

## O R D E R

The modification of probation set forth in this stipulation IS HEREBY APPROVED.

IT IS SO ORDERED.

Dated: November 19, 2013　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

2

Gray/Stip to Modify Conditions of Probation